UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WANDRUA FOSTER, on behalf of herself
and her son ARNOLD FOSTER, JR.,
a minor under the age of 18.,

                Plaintiff,

   - against -                       **ORDER**
                               06-CV-6764 (SJF) (WDW)

SUFFOLK COUNTY SEVENTH PRECINCT
UNDERCOVER DETECTIVES,

                Defendants.
------------------------------------------------------------X
FEUERSTEIN, J.

On December 26, 2006, *pro se* plaintiff Wandrua Foster ("Plaintiff") commenced this action pursuant to 42 U.S.C. § 1983, on behalf of herself and her son Arnold Foster, Jr., alleging, *inter alia*, violations of Arnold Foster, Jr.'s civil rights. On January 4, 2007, the Court granted Plaintiff's application to proceed *in forma pauperis*. On January 22, 2007, a summons was issued to the Suffolk County Attorney. On February 20, 2007, the summons was returned as executed. On March 13, 2007, the Court received a letter from the Suffolk County Attorney, dated March 9, 2007, stating that she would not answer the complaint because, "[t]he complaint does not name as a defendant the County of Suffolk or any of its agencies. In addition, no individual County employees are named as defendants."

Plaintiff's complaint states, *inter alia*, that on December 1, 2006, Arnold Foster, Jr. was assaulted by Suffolk County Seventh Precinct police officers after being falsely arrested and taken into custody. Complaint at 3, 6. Pursuant to Valentin v. Dinkins, 121 F.3d 72 (2d. Cir.

1

1997), the Suffolk County Attorney's Office shall ascertain the full names and addresses for service of process of the police officers whom Plaintiff seeks to sue (i.e., those officers who had contact with Arnold Foster, Jr. on December 1, 2006) by August 17, 2007.

Once this information is provided, Plaintiff's complaint shall be deemed amended to reflect the full names of the defendants, summonses shall be issued, and the Court shall direct service on the defendants.

IT IS SO ORDERED.

_____
Sandra J. Feuerstein
United States District Judge

Dated: July 19, 2007
       Central Islip, New York


Copies to:

Susan A. Flynn
Bureau Chief – State & Federal Torts Bureau
Suffolk County Attorney
P.O. Box 6100
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, NY 11788-0099

Wandrua Foster
33 Classon Avenue
Mastic, NY 11950