# CIVIL CAUSE FOR STATUS CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE**: June 4, 2008        **TIME**: 10 minutes

**CASE NUMBER**:   06-cv-06764-SJF-WDW

**CASE TITLE**:   Foster v. Suffolk County 7th Precinct Undercover Detectives

**PLTFFS ATTY**:   No Appearance
    ___ present        _X_ not present

**DEFTS ATTY**:   Susan Flynn
    _X_ present        ___ not present

    ___ present        ___ not present

    ___ present        ___ not present

**COURT REPORTER**: Harry Rapaport     **COURTROOM DEPUTY**: BRYAN MORABITO

**OTHER**: _____

_X_   CASE CALLED.

__   ARGUMENT HEARD / CONT'D TO _____.

__   DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER**:   Case dismissed on the record. Case closed.